In the Matter of NIAZIA F., a Person Alleged to be a Juvenile Delinquent, Appellant. [836 NYS2d 30]—

Order of disposition, Family Court, Bronx County (Alma Cordova, J.), entered April 20, 2006, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed the act of unlawful possession of weapons by persons under 16, and placed him with the Office of Children and Family Services for a period of up to 12 months, unanimously reversed, on the law, without costs, and the petition dismissed.

As the presentment agency concedes, the petition is facially insufficient because, although the petition and supporting deposition alleged that appellant possessed two "dangerous knives," as is required by Penal Law § 265.05, there was no allegation of the circumstances under which appellant possessed or used these unmodified kitchen knives so as to establish that they could be considered dangerous within the meaning of the statute (*see Matter of Jamie D.*, 59 NY2d 589 [1983]). In view of the foregoing, we do not reach appellant's other contention. Concur—Saxe, J.P., Sullivan, Nardelli, Gonzalez and Kavanagh, JJ.